# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RONALD EUGENE BEAHM,

    Plaintiff,

v.

    No. 4:11-cv-00588-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of May, 2012.

    JOE J. VOLPE
    UNITED STATES MAGISTRATE JUDGE