**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RONALD EUGENE BEAHM,                    *
                                        *
                     Plaintiff,         *
v.                                      *
                                        *          No. 4:11-cv-00588-JJV
MICHAEL J. ASTRUE, Commissioner,        *
Social Security Administration,         *
                                        *
                     Defendant.         *

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed

with prejudice.

IT IS SO ORDERED this 18th day of May, 2012.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE

1